Buffalo Savings Bank, Appellant, v. Rosa Eldring and Another, Respondents.— Judgment affirmed, with costs. Held, that in view of the fact that the issue was limited upon the trial, by consent, to the question whether the defendant Rosa Eldring personally signed the bond and mort-

gage, we think the judgment should be affirmed. All concurred, except Foote, J., who dissented.